UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Nancy R. Irwin and Olivier Missa

    VS                                            1:05CV01287 EGS

World Wildlife Fund, Inc., et al..

### AFFIDAVIT OF SERVICE

I, ERIC M. CONGDON PERSONALLY SERVED Mr. S. FLICKIMGER ESQ., DEPUTY GENERAL COUNCIL FOR WORLD WILDLIFE FUND, Inc. (here and after "WWF"). Mr. FLICKIMGER, DPUTY GENERAL COUNCIL ACCEPTED SERVICE OF THE SUMMONS AND COMPLAINT FOR "WWF'S" RESIDENT AGENT JANET FESLER AT 1250 24TH STREET, N.W. WASHINGTON DC 20037. SERVICE WAS ACCEPTED ON THE FIRST FLOOR RECEPTION COUNTER.

Mr. S. FLICKIMGER ESQ. STATED, "HE WAS ACCEPTING SERVICE FOR "WWF" AND THAT HE WOULD RUN THE SUMMONS AND COMPLAINT THROUGH Mrs. FESLER'S OFFICE." I ASKED Mr. S.FLICKIMGER ESQ. IF HE HAD ANY PROBLEM OR WAS GOING TO CONTEST THE SERVICE TO PLEASE NOT ACCEPT IT AND I WOULD SERVE Mrs. FESLER AT HER HOME, EVEN IF IT WAS VERY EARLY IN THE MORNING. Mr. S. FLICKIMGER ESQ. STATED NO THIS IS A VALID SERVICE, BUT IF I WANTED TO GO TO Mrs. FELSER'S HOME HE DID NOT CARE. SERVICE WAS MADE JUNE 28TH, 2005. AT 1250 24TH STREET, N.W. WASHINGTON DC 20037, AT 2:35 pm.

I DECLARE THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

*[signature]*

Eric M. Congdon
Investigator
Blue House Services
4016 Overlook Dr.
Ellicott City, Maryland 21043
443-604-7773