# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY R. IRWIN and <br> OLIVER MISSA, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WILDLIFE FUND, INC., <br><br> Defendant. | Case No. 1:05CV01287(EGS) |

## DECLARATION OF JOSETTE OLENDO IN SUPPORT OF DEFENDANT WORLD WILDLIFE FUND, INC.'S MOTION TO DISMISS ON THE GROUNDS OF *FORUM NON CONVENIENS*

I, Josette OLENDO, pursuant to 28 U.S.C. § 1746, on oath declare as follows:

1. I am a citizen and resident of the Republic of Gabon, residing at B.P. 6989, Libreville, Gabon.

2. I am an attorney admitted to practice in Gabon, with my office located at Quartier Louis, 150 Rue Pierre BARRO, Libreville, Gabon. I have been an attorney since 1999.

3. I am familiar with the claims asserted by plaintiffs Nancy Irwin and Oliver Missa in their Complaint against World Wildlife Funds, Inc. ("WWF"), and have read the Complaint they have filed with the Court. Although French is my

primary language, I can speak and read English. I make this declaration in support of WWF's motion to dismiss on *forum non conveniens*.

4. French is the national language of Gabon, and is the language used in the Gabonese judicial system. The Gabonese civil code is also written in French.

5. The Gabonese legal system is based in large part upon the French civil law system. The trial court system is comprised of nine trial courts, one for each province. Each trial court is divided into four parts, civil, penal, labour and merchant. Judges perform their tasks on a full-time basis and sit year round. In addition to trial courts, civil cases may be appealed to appellate courts and the Gabon Supreme Court.

6. Gabon follows the general French legal rule: "We are responsible for all damages we caused to someone or something." Under this legal rule, the plaintiffs may maintain an action against WWF to recover damages for injuries caused by WWF and sustained during the incident referred to in the plaintiffs' Complaint. Gabonese law does recognize claims that are similar or comparable to the claims in the Complaint, for example negligence and breach of contract.

7. Foreign parties may bring lawsuits in Gabon based upon claims occurring in Gabon, provided they retain local Gabonese attorneys to represent their interests.

8. While plaintiffs must generally pay a "caution judicator solvi" bond prior to bringing a lawsuit, that requirement may be waived by a defendant.

9. Gabon has statutes limiting the time a person may bring a claim against another. For negligence claims, there is a thirty (30) year limitation period (although in a penal jurisdiction the time for filing a lawsuit for negligence after an accident occurs in three (3) years).

For contract claims, there is a thirty (30) year limitation period. In both cases. a defendant may voluntarily waive the limitations period.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FORGOING IS TRUE AND CORRECT.

EXCUTED ON 15 SEPTEMBER, 2005.

JOSETTE OLENDO
AVOCAT
BP.8989 - TEL 443618

JOSETTE OLENDO