IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and<br>OLIVER MISSA,<br><br>      Plaintiffs,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.,<br><br>      Defendant. | Case No. 1:05CV01287 (EGS) |

### DECLARATION OF MARY JANE JAMAR IN SUPPORT OF DEFENDANT WORLD WILDLIFE FUND, INC.'S MOTION TO DISMISS ON THE GROUNDS OF *FORUM NON CONVENIENS*

I, MARY JANE JAMAR, pursuant to 28 U.S.C. § 1746, on oath declare as follows:

1. I am Vice President, Human Resources and Facilities, of the defendant World Wildlife Fund, Inc. ("WWF-US"). As such, I am authorized to make this declaration on behalf of WWF-US.

2. I have read the Complaint filed by the plaintiffs Nancy Irwin and Oliver Missa. I make this declaration in support of WWF-US's motion to dismiss on the grounds of *forum non conveniens* seeking dismissal of the present action in favor of litigation in the Republic of Gabon.

3.    At all times relevant to this litigation, WWF-US has been a not-for-profit corporation organized under the laws of the State of Delaware, with its headquarters and principal place of business located at 1250 24th Street, N.W., Washington, DC 20037.

4.    From July 1, 1995 through June 30, 2002, WWF-US managed a Central Africa Regional Program Office ("WWF-Gabon") located in Libreville, Gabon.

5.    On July 1, 2002, WWF-US formally transferred the assets and management of WWF-Gabon to WWF-World Wide Fund for Nature ("WWF-International"). This transfer was part of a planned series of transfers of African projects from WWF-US to WWF-International. WWF-International is a Swiss foundation with its registered office at Avenue du Mont Blanc, CH-1196, Gland, Switzerland. WWF-International is a separate, independent entity that is not owned, operated, managed or controlled by WWF-US. WWF-International does not own, operate, manage or control WWF-US. WWF-US, like other WWF "national organizations" throughout the world, licenses the "WWF" initials and panda logo from WWF-International. Upon information and belief, WWF-International has no offices located in the United States.

6.    Cecotour PLM ("Cecotour"), the entity alleged in the Complaint to have conducted ecotours in the Gamba Complex, was not in June 2002, or at any other time, a corporate affiliate or subsidiary of WWF-US.

7.    WWF-US does not currently employ Jean Bougeais, the individual alleged by the plaintiffs to have had contact with them before the boat trip in June 2002, or any other person mentioned, by name or otherwise, in the Complaint. On information and belief, neither Jean Bougeais nor any other person mentioned in the Complaint, including those alleged in the

2

Complaint to have been WWF-US employees, reside in the United States or are located in the United States.

8. Since July 1, 2002, WWF-US has had no ownership or management authority over any WWF office in Gabon, and therefore no legal ability to compel production of documents from Gabon nor to compel personnel from Gabon to provide testimony in a United States legal proceeding.

9. After receiving a copy of the Complaint in this action, I obtained a copy of the Gabonese police report of the incident. The original French version of the report is attached hereto as Exhibit A and a certified translation of the same is attached hereto as Exhibit B.

10. According to the English translation of this police report, the pilot of the boat which struck the Cecotour boat was an individual named Igor Bipakila, and the owner of the other boat was Jean Martin Rebellah. (See Exhibit B.) The translated police report further states that "[t]he responsibilities for this accident seem to fall on Igor Bipakila, pilot of the boat of Mr. Jean Martin Rebellah, for inattention and not observing the rules and spirt of maritime navigation code." (See Exhibit B.) Neither Mr. Bipakila nor Mr. Rebellah have ever been employees of WWF-US.

11. With specific regard to the *forum non conveniens* motion presently before the Court, WWF-US is willing to accept service of a civil suit brought against it by the plaintiffs in Gabon and is willing to waive any personal jurisdiction or other jurisdictional or venue defenses it could otherwise assert in a civil case brought against it in a court of competent jurisdiction in Gabon, provided that the action in Gabon is commenced within six months of the filing of a final order dismissing this action on the grounds of *forum non conveniens*.

12.    WWF-US further agrees to waive any statute of limitations defense it would otherwise have in an action brought in Gabon, provided that the action is commenced within six months of the filing of a final order dismissing this action on the grounds of *forum non conveniens*.

13.    WWF-US further agrees to waive any requirement that the plaintiffs be required to post a bond in any civil litigation brought against WWF-US in Gabon, provided that the action is commenced within six months of the filing of a final order dismissing this action on the grounds of *forum non conveniens*.

14.    WWF-US further agrees to make any of its United States employees and documents available for litigation in Gabon, to the extent such testimony is relevant to the plaintiffs' claims or is otherwise reasonably calculated to lead to the discovery of admissible evidence.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 15 SEPTEMBER, 2005.

MARY JANE JAMAR,
Vice President of Human Resources and Facilities,
World Wildlife Fund, Inc.

4

# Exhibit A

RÉPUBLIQUE GABONAISE                                    GENDARMERIE - NATIONALE -

GROUPEMENT DE PORT-GENTIL

COMPAGNIE DE GAMBA

BRIGADE DE GAMBA

à....Gamba, le 01 Juillet 2002.-

__/N° 122 /2.BDE GAMBA.

## PROCES - VERBAL DE CONSTAT D'ACCIDENT FLUVIAL .-

Je soussigné, KONDJA- MAKAYA, Aimé, Officier de Police Judiciaire, Commandant la Brigade de Gendarmerie de Gamba, agissant sur un constat d'accident fluvial.

Le 28 Juin 2002 à 21 heures 00, un accident de navigation fluvial s'est produit à l'île MBOUMBA-SANGA à une distance de 500 mètres de la ville de Gamba, entre l'embarcation de CECOTOUR piloté par TCHIBINDA, Jean-Flavien, employé au W.W.F. Gamba contre celle de Monsieur REBEILAH, Jean-Martin piloté par BIPAKILA, Igor .

Il s'agit de :

a) Embarcation de type canot non immatriculé appartenant à ECO-TOURISME( CECOTOUR) de Gamba, assuré par la maison A.N.G. ( Assurances Nouvelles du Gabon) sous le numéro de Police 325.462, B.P. 9.144 Gamba, valable du 01.01.2002 au 31.12.2002, piloté au moment de l'accident par Monsieur TCHIBINDA, Jean-Flavien, né le 11 Août 1972 à MIGUELA( Sette-Cama) de MAKAYA, Jean-Lucien et de ITOULA, Flavienne, nationalité Gabonaise de coutume Vili, C/ 09 enfants, Agent au W.W.F. Gamba.

b) Embarcation de type canot non immatriculé ni assuré, appartenant à Monsieur REBEILAH, Jean-Martin, piloté au moment de l'accident par le nommé BIPAKILA, Igor.

### DEGATS CORPORELS :

Très importants, car les nommés WIM-BERGMANS de nationalité Hollandaise et Professeur de Biologie à l'Université de Hollande et NANCY- IRWIN de nationalité Anglaise, Biologiste Chercheur souffrent tous deux de traumatisme cranien, évacués à Port-Gentil pour subir des soins intensifs à la clinique ELF-Gabon.

Par contre, les nommés BIPAKILA, Igor et MOUSSINGA, Guy- Roger souffrent des bléssures légères.

### DEGATS CAUSES SUR L'EMBARCATION ECOTOURISME
( CECOTOUR )

- L'avant du canot côté gauche endommagé.

- Les arceaux placés sur le canot sont cassés suite à la violence du choc.

- DEGATS CAUSES SUR L'EMBARCATION DE REBELLAH.-

- Ils sont minimes, avec une fente à l'avant du canot qui a entrainé une fuite d'eau.

CIRCONSTANCES DE L'ACCIDENT .-

L'embarcation de Monsieur REBELLAH en provenance du village Bongo, abordant le tournant de l'île MBOUMBA-SANGA a percuté sur le côté gauche l'embarcation de CECOTOUR qui navigait en sens opposé pour le village Mougambi, faisant ainsi quatre blessés dont deux graves côté Européens.

RESPONSABILITES .-

Les responsabilités au cours de cet accident semblent incomber au nommé BIPAKILA, Igor, pilote de l'embarcation de Monsieur REBELLAH, Jean-Martin, pour inattention et non observation de la réglementation en vigueur du code de navigation maritime.

LE COMMANDANT DE BRIGADE.-





Accident de navigation Fluvial. Survenu à Gamba le 28 Juin 2002.

████████████████████████████

| | |
|---|---|
| POLICE N° : 325.462 | ASSURE : CECOTOUR-PLM<br>Boîte Postale : 9.144 |
| CLIENT N° : 702.532 | |
| EFFET : 01/01/2002 | GAMBA |
| ECHEANCE : 31/12/2002 | COMPAGNIE : A.N.G (Assurances Nouvelles du Gabon)<br>Boîte Postale : 2.221 |
| PAIEMENT COMPTANT : F.CFA | |
| DUREE DU CONTRAT : 12 Mois TR | LIBREVILLE |
| RISQUE : RESPONSABILITE CIVILE ORGANISATEURS DE SEJOURS TOURISTIQUES | |

| Décompte de la prime au comptant | Prime nette | Coût police | taxes | Prime Totale |
|---|---|---|---|---|
| 01-01-2002 AU 31-12-2002 | 250.000 | 10.000 | 20.800 | 280.800 |

Sont nulles toutes adjonctions non revêtues du visa de la Direction ou de SON REPRESENTANT AUTORISE

Le Présent Contrat est constitué :

- des Conditions Particulières
- des Conventions Spéciales
- des Conditions Générales

Fait en 3 exemplaires à LIBREVILLE, le 28 Janvier 2002

L'ASSURE                                      POUR ANG

*CECOTOUR PLM/ANG*

LA COMPAGNIE : A. N. G
Boîte Postale : 2221

**LIBREVILLE**

Société d'Assurance et de Réassurance, Entreprise privée régie par le Code CIMA

L'ASSURE : CECOTOUR PLM
Boîte Postale: 9.144 (148)

**GAMBA**

Agissant pour son compte que pour celui de qui il appartiendra et notamment, pour celui de ses préposés, associés et Partenaires.

### ARTICLE I : DEFINITIONS

Pour la bonne compréhension de ce qui suit, et pour éviter tout malentendu entre l'Assuré et l'Assureur, on entend par :

*a) POLICE* : Le présent contrat d'assurance.

*b) ASSURE* : CECOTOUR PLM

*c) ASSUREUR* : A.N.G

*d) PARTIES* : L'Assuré et l'Assureur

*e) TIERS* :

- Toute personne autre que :

  - L'Assuré tel qu'il est défini aux Conditions Particulières, le conjoint, les ascendants et descendants de L'Assuré responsable de sinistre.
  - Lorsque l'Assuré est une personne morale, le Président, les Administrateurs, Directeurs Généraux et Gérants de la Société assurée.
  - Les préposés, salariés ou non, de l'Assuré dans l'exercice de leurs fonctions.

- En outre, sont considérés comme tiers, en ce qui concerne les recours que la Sécurité Sociale ou tout autre organisme de prévoyance pourrait être fondé à exercer :

  - Lorsqu'ils sont en service, les salariés de l'Assuré, en cas de faute intentionnelle d'un de ceux-ci.
  - *Les tomistes à la charge de cecotour*

# Exhibit B




An affiliate of ALS International
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free  (800) 788-0450
Telefax   (212) 349-0964
www.legallanguage.com

July 22, 2005

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the document received by this office. This document is designated as:

**OFFICIAL REPORT OF A RIVER ACCIDENT**
**ACCIDENT OCCURRED ON JUNE 28, 2002; REPORT DATED JULY 1, 2002**

Linda Torraco, Manager Translation Services of this company, certifies that Jody Jaffe, who translated this document, is fluent in French and standard North American English and is qualified to translate.

She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

_____
Signature of Linda Torraco

Subscribed and sworn to before me this 22nd day of July 2005

_____
Rosemary Brito
Notary Public, State of New York
No. 01BR6077317
Certificate filed in New York County
Qualified in Kings County
Commission Expires July 8, 2006

Sincerely,

Victor J. Hertz
President & CEO

<u>GABONESE REPUBLIC</u>                                            <u>NATIONAL POLICE FORCE</u>

<u>PORT-GENTIL GROUP</u>
<u>GAMBA COMPANY</u>
<u>GAMBA BRIGADE</u>

in Gamba, July 1, 2002
No. 122/2, RUE GAMBA


<u>OFFICIAL REPORT OF A RIVER ACCIDENT</u>

I the undersigned, Aimé Kondja-Makaya, Officer of the Judicial Police, commanding the National Police Brigade of Gamba, acting with regard to a report of a river accident.

On June 28, 2002 at 9:00 p.m., an inland navigation accident occurred on the island of Mboumba-Sanga, at a distance of 500 meters from the city of Gamba, between Cecotour's boat, piloted by Jean-Flavien Tohibinda, an employee of W.W.F. Gamba, against [*sic*] that of Mr. Rebellah, piloted by Igor Bipakila.

It involved:

a) An unregistered dinghy-type boat belonging to Ecotourisme (Cecotour) of Gamba, insured by the company A.N.G. (*Assurances Nouvelles de Gabon*) [New Insurance of Gabon], under policy number 325.462.,P.O. Box 9.144, Gamba, valid from January 1, 2002 through December 31, 2002, piloted at the time of the accident by Mr. Jean-Flavien Tohibinda, born on August 11, 1972 in Miguela (Sette-Oama [?]), Jean-Lucien de Makaya, and Flavienne de Itoula, Gabonese nationality, usually called Vili, C/09, children, agent at W.W.F., Gamba.

b) An unregistered, uninsured dinghy-type boat, belonging to Mr. Jean-Martin Rebellah, piloted at the time of the accident by the person named Igor Bipakila.

<u>BODILY DAMAGE:</u>

Very considerable, for the persons named Wim-Bergmans, of Dutch nationality and a professor of biology at the University of Holland, and Nancy Irwin, of English [*sic*] nationality, a research biologist. Both suffered cranial traumatism and were evacuated to Port-Gentil to undergo intensive care at the [illegible]-Gabon clinic.

On the other hand, the persons named Igor Bipakila and Guy-Roger Moussinga suffered light injuries.

<u>DAMAGE CAUSED TO THE ECOTOURISME BOAT</u>
(Cecotour)

- ( 2 ) -

− The bow of the dinghy on the left side [is] damaged.

− The hoops placed on the dinghy are damaged as a result of the force of the impact.

– <u>DAMAGE CAUSED TO REBELLAH'S BOAT</u>

− It is minimal, with a crack in the bow of the boat, which caused a water leak.

<u>CIRCUMSTANCES OF THE ACCIDENT</u>

Mr. Rebellah's boat from the village of Bongo, approaching the bend of the island Mboumba-Sanga, crashed into the left side of Cecotour's boat, which was sailing in the opposite direction to the village of Mougambi, thus resulting in four injured persons, of whom two [were] seriously [injured], among the Europeans.

<u>RESPONSIBILITIES</u>

The responsibilities in the course of this accident seem to lie with the person named Bipakila, pilot of Mr. Jean-Martin Rebellah's boat, because of inattention and non-observance of the regulations of the maritime navigation code in effect.

<u>THE BRIGADE COMMANDER</u>

[Signature]

[Seal:] National Police Force, Gamba Brigade

KEY                                              [Diagram]

A = Cecotour dinghy

B = Rebellah's boat

C = Mboumba-Sanga Island

D = Rigon House
    Plain I

E = Rigon Dock-Pontoon
    Plain I

Toward the Nodugou Pier
[arrow pointing to the left]

---

Inland Navigation Accident

that occurred in Gamba
on June 28, 2002

                                                 [Signature]
                            [Seal:] National Police Force, Gamba Brigade

                    Rigon House
                    Plain I

| | |
|---|---|
| POLICY No.: 325.462 | INSURED: CECOTOUR PLM |
| | P.O. Box: 9.144 |
| CLIENT No.: 702.532 | GAMBA |
| EFFECTIVE DATE: January 1, 2002 | COMPANY: A.N.G. |
| | P.O. Box; 2.221 |
| EXPIRATION DATE: December 31, 2002 | LIBREVILLE |

CASH PAYMENT: African Financial Community francs

TERM OF CONTRACT: 12 Months

RISK: THIRD-PARTY LIABILITY
ORGANIZERS OF TOURISTIC VISITS

| Cash premium statement | Net premium | Policy Cost | Taxes | Total premium |
|---|---|---|---|---|
| 1/12002 through 12/31/2002 | 250,000 | 10,000 | 20,800 | 280,800 |

All additions not bearing the stamp of Management or of its Authorized Representative are invalid.

This Contract is composed of:

- Special Conditions

- Special Agreements

- General Conditions

                                               Drawn up in 3 copies in Libreville, on January 28, 2002

THE INSURED                                                       FOR ANG

[Signature]                                                          [Signature]

[Seal:] *Assurances Nouvelles du Gabon* [New Insurance of Gabon], P.O. Box 2.221, Telephone: 72.73.90, 72.13.97

THE COMPANY: A.N.G.
                P.O. Box: 2221

               <u>LIBREVILLE</u>

Insurance and Re-Insurance Company, [a] private company governed by the CIMA Code.

THE INSURED: CECOTOUR PLM
               P.O. Box 9.144   [handwritten number: illegible]

             <u>GAMBA</u>

Acting on its behalf as well as on behalf of those to whom it belongs and in particular, on behalf of its employees, associates, and partners.

<u>ARTICLE I:</u> DEFINITIONS

For the good understanding of that which follows, and to avoid any misunderstanding between the Insured and the Insurer, we mean by:

a) POLICY: This insurance contract.
b) INSURED: CECOTOUR PLM
c) INSURER: A.N.G.
d) PARTIES: The Insured and the Insurer
e) THIRD PARTIES:

• Any person other than:

The Insured such as he is defined in the Special Conditions, the spouse, the ascendants and descendants of the Insured liable for the damage.

When the Insured is a juridical person, the Chairman, the Directors, the Managing Directors, and the Managers of the insured company.

The employees, salaried or not, of the Insured, in the exercise of their functions.

• In addition, [the following] are considered as third parties, with regard to the claims that Social Security or any other provident society may justifiably make:

When they are on duty, the salaried employees of the Insured, in case of willful misconduct on the part of one of them.

[Handwritten:] The tourists for whom Cecotour is responsible.