IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and<br>OLIVER MISSA,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.,<br><br>    Defendant. | Case No. 1:05CV01287 (EGS) |

## ORDER

Upon consideration of Defendant World Wildlife Fund, Inc.'s Motion to Dismiss the Plaintiffs' Complaint on the Grounds of Forum *Non Conveniens*, the Memorandum of Points and Authorities in support thereof, and the Opposition thereto, it is hereby

ORDERED that the motion is GRANTED.

_____
Emmet F. Sullivan
UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Robert A. Salerno (D.C. Bar # 430464)
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412

Rodney E. Gould, Esq.
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, MA 01701-0202

Stephen H. Marcus, Esq.
LAW OFFICE OF STEPHEN H. MARCUS
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20037