**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **NANCY R. IRWIN and** ) | |
| **OLIVIER MISSA,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 1:05CV01287 (EGS)** |
| **v.** ) | |
| ) | |
| ) | |
| **WORLD WILDLIFE FUND, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO**
**OPPOSE DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Plaintiffs, Nancy R. Irwin and Olivier Missa, by their undersigned counsel,

hereby move for an Order extending the time for Plaintiffs to serve and file their

opposition to Defendant's Motion to Dismiss the Plaintiffs' Complaint On The Grounds

Of Forum Non Conveniens, dated September 19, 2005, to December 5, 2005.

1.      By telephone conversation on September 26, 2005, Rodney E. Gould,

attorney for Defendant in the above-captioned action, consented to Plaintiffs' request to

extend the time to serve and file their opposition to December 5, 2005.   The aforesaid

60-day extension is the same extension that Plaintiffs extended to Defendant when it,

through counsel, requested an extension to answer or otherwise respond to the complaint

herein.  On September 28, 2005, Robert A. Salerno, local counsel for Defendant, also

consented to the requested extension.

2

2       Plaintiffs require an extension of time in order to respond to Defendant's

motion in which it seeks a dismissal of this action in favor of a forum located in the

Republic of Gabon.  Plaintiffs will need, among other things, to retain counsel in Gabon

to address Defendant's contention that Gabon is an adequate, alternative forum to hear

this dispute.

3.      This Court has discretion to grant the requested extension of time pursuant

to Rule 6(b) of the Federal Rules of Civil Procedure for "cause shown" when the request

"is made before the expiration of the period originally prescribed."

4.      Pursuant to Local Civ. R. 7(b) and Federal Rule of Civil Procedure 6(e),

Plaintiffs' opposition is currently due on October 3, 2005.  The Court has not, as yet, set a

schedule for this case as it was only filed on June 28, 2005.  Accordingly, the requested

extension will not affect any deadlines or otherwise impede the progress of this case.

For the reasons set forth above, Plaintiffs respectfully request that the deadline for

serving and filing their opposition to Defendant's motion be extended to December 5,

2005.  A proposed Order is attached hereto.

Respectfully submitted,

_____/s/_____
Stephen H. Marcus, Esq.
D.C. Bar No. 394419
Law Office of Stephen H. Marcus
1050 17th Street, N.W.
Suite 600
Washington, D.C.  20036

Ph:     202-776-0651
Fax:    202-331-7272
E-mail:shmarcus@att.net

Counsel for Plaintiffs

September 28, 2005

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NANCY R. IRWIN and** | ) | |
| **OLIVIER MISSA,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 1:05CV01287 (EGS)** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **WORLD WILDLIFE FUND, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**ORDER**

Upon consideration of the Consent Motion For An Extension Of Time To Oppose

Defendant's Motion To Dismiss The Complaint, it is this __ day of _____,

2005, hereby

**ORDERED** that the aforesaid motion is hereby **GRANTED.**

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2005, I served the following

counsel with the foregoing Consent Motion For An Extension Of Time by filing it on the

U.S. District Court for the District of Columbia's Electronic Case Filing System:

Robert A. Salerno, Esq.
DLA Piper Rudnick Gray Cary
1200 19th Street, N.W.
Washington, D.C.  20036

I further certify that on this 28th day of September 2005, I served the following

counsel with the foregoing Motion by serving it by first-class mail, postage prepaid:

Rodney E. Gould, Esq.
Rubin, Hay & Gould
205 Newbury Street
P.O. Box 786
Framingham, MA  01701

_____/s/_____
Stephen H. Marcus