IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and<br>OLIVER MISSA,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.,<br><br>    Defendant. | Case No. 1:05CV01287 (EGS) |

### MOTION TO ADMIT RODNEY E. GOULD *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of U.S. District Court for the District of Columbia, the undersigned, a member in good standing of the bar of this Court and counsel for defendant World Wildlife Fund, Inc., moves for admission *pro hac vice* of Rodney E. Gould, of Rubin, Hay & Gould, P.C., as counsel for defendant. In support of this motion, Mr. Gould's declaration, in conformance with Local Civil Rule 83.2(d), is attached hereto.

Respectfully submitted,

_____
Robert A. Salerno (D.C. Bar # 430464)
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
202-861-3900 (telephone)
202-223-2085 (fax)

Attorneys for Defendant
WORLD WILDLIFE FUND, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO ADMIT RODNEY E. GOULD *PRO HAC VICE*, the DECLARATION OF RODNEY E. GOULD in support thereof, and proposed ORDER were served electronically this 29th day of September, 2005, in accordance with the Court's procedures for Electronic Case filing.

_____
Robert A. Salerno