IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY R. IRWIN and )
OLIVER MISSA, )
       Plaintiffs, ) Case No. 1:05CV01287 (EGS)
v. )
WORLD WILDLIFE FUND, INC., )
       Defendant. )

## DECLARATION OF RODNEY E. GOULD

In support of the Motion to Admit Rodney E. Gould *Pro Hac Vice* pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I declare under penalty of perjury that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is Rodney E. Gould.

2. My office address and telephone number are:

   RUBIN, HAY & GOULD, P.C.
   205 Newbury Street
   P.O. Box 786
   Framingham, MA 01701-0202
   508-875-5222 (telephone)
   508-879-6803 (fax)

3. I am admitted to practice in the bars of the following courts:

| COURT | DATE ADMITTED/BAR NUMBER |
|---|---|
| State of New York | December 23, 1968/NA |
| District of Columbia | June 16, 1970/45922 |
| Commonwealth of Massachusetts | March 24, 1976/205420 |
| Commonwealth of Pennsylvania | December 19, 2001/88391 |
| U.S. Court of International Trade | February 19, 1974/NA |
| U.S. Supreme Court | January 23, 1989/NA |
| District of Columbia Circuit Court | February 27, 1970/19032 |
| USDC EDNY | August 21, 2001/RG9871 |
| USDC SDNY | August 21, 2001 |
| USDC NDNY | October 4, 2001/511099 |
| USDC Dist. of MA | September 30, 1986 |
| U.S. Courts of Appeal | |
| 1st Circuit | January 2, 1976/28438 |
| 2nd Circuit | February 27, 1991/NA |
| 3rd Circuit | December 8, 1992/NA |
| 4th Circuit | November 27, 1998/NA |
| 6th Circuit | September 24, 2001/NA |
| 7th Circuit | July 27, 2000/NA |
| 8th Circuit | May 12, 1993/93-0299 |
| 9th Circuit | April 12, 2000/NA |

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. EXECUTED THIS 29th DAY OF SEPTEMBER, 2005.

*[signature]*
Rodney E. Gould