IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and OLIVER MISSA,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.,<br><br>Defendant. | Case No. 1:05CV01287 (EGS) |

## ORDER

Upon consideration of the Motion for Admission of Rodney E. Gould Pro Hac Vice and the Declaration of Rodney E. Gould filed in support thereof, it is hereby

ORDERED that the motion is GRANTED.

_____
Emmet F. Sullivan
UNITED STATES DISTRICT JUDGE

Date: _____

Copies to:

Robert A. Salerno
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412

Rodney E. Gould, Esq.
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, MA  01701-0202

Stephen H. Marcus, Esq.
LAW OFFICE OF STEPHEN H. MARCUS
1050 17th Street, N.W.
Suite 600
Washington, D.C.  20037