## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **NANCY R. IRWIN and** ) | |
| **OLIVIER MISSA,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 1:05CV01287 (EGS)** |
| **v.** ) | |
| ) | |
| ) | |
| **WORLD WILDLIFE FUND, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

### CONSENT MOTION FOR AN EXTENSION OF TIME TO
### OPPOSE DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Plaintiffs, Nancy R. Irwin and Olivier Missa, by their undersigned counsel, hereby move for an Order extending the time for Plaintiffs to serve and file their opposition to Defendant's Motion to Dismiss the Plaintiffs' Complaint On The Grounds Of *Forum Non Conveniens* to December 9, 2005.

1.      By telephone conversations on December 5, 2005, Robert C. Mueller, attorney for Defendant and Robert A. Salerno, local counsel for Defendant, consented to Plaintiffs' request to extend the time to serve and file their opposition to December 9, 2005.

2.      Plaintiffs require the extension in order to obtain a declaration from an attorney in Gabon.  Because of difficulties involved in communicating with Gabon, Plaintiffs have been unable to reach the attorney over the last several days.  Plaintiffs

hope to be able to reach the attorney in the next few days so that their opposition can be

filed by December 9, 2005.

       3.      This Court has discretion to grant the requested extension of time pursuant

to Rule 6(b) of the Federal Rules of Civil Procedure for "cause shown" when the request

"is made before the expiration of the period originally prescribed."

       4.      Plaintiffs' opposition is currently due on December 5, 2005.   The Court

has not, as yet, set a schedule for this case.  Accordingly, the requested extension will not

affect any deadlines or otherwise impede the progress of this case.

       For the reasons set forth above, Plaintiffs respectfully request that the deadline for

serving and filing their opposition to Defendant's motion be extended to December 9,

2005.  A proposed Order is attached hereto.

                                 Respectfully submitted,


                                 _____/s/_____

                                 Stephen H. Marcus, Esq.
                                 D.C. Bar No. 394419
                                 Law Office of Stephen H. Marcus
                                 1050 17th Street, N.W.
                                 Suite 600
                                 Washington, D.C.  20036

                                 Ph:     202-776-0651
                                 Fax:   202-331-7272
                                 E-mail:shmarcus@att.net

                                 Counsel for Plaintiffs

December 5, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| | ) | |
| **NANCY R. IRWIN and** | ) | |
| **OLIVIER MISSA,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 1:05CV01287 (EGS)** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **WORLD WILDLIFE FUND, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**ORDER**

Upon consideration of the Consent Motion For An Extension Of Time To Oppose

Defendant's Motion To Dismiss The Complaint to December 9, 2005, it is this __ day of

_____, 2005, hereby

**ORDERED** that the aforesaid motion is hereby **GRANTED.**

**SO ORDERED.**


                                    _____
                                    EMMET G. SULLIVAN
                                    United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of December, 2005, I served the following

counsel with the foregoing Consent Motion For An Extension Of Time by filing it on the

U.S. District Court for the District of Columbia's Electronic Case Filing System:

Robert A. Salerno, Esq.
DLA Piper Rudnick Gray Cary
1200 19th Street, N.W.
Washington, D.C.  20036

Rodney E. Gould, Esq.
Rubin, Hay & Gould
205 Newbury Street
P.O. Box 786
Framingham, MA  01701

_____/s/_____
Stephen H. Marcus