# EXHIBIT "A"

# DR. FOGIEL DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and OLIVIER MISSA, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WILDLIFE FUND, INC. <br><br> Defendant. | Case No. 1:05CV01287 (EGS) |

## DECLARATION OF DR. PETER C. FOGIEL

I, Peter C. Fogiel, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a medical doctor practicing in Aberdeen, Scotland. I received my medical degree from the University of Aberdeen in 1972. I am a general practitioner and have been practicing general medicine since 1976. I also teach medical students at the University of Aberdeen and Sick Children's Hospital in Aberdeen.

2. Nancy Irwin has been my patient since May 2003. I provide medical treatment and guidance to Ms. Irwin for the life-threatening injuries she suffered in a traumatic boating accident that occurred in Gabon on 28 June 2002. I see Ms. Irwin approximately once a month in order to provide her with medical care. I also help Ms. Irwin manage the many doctors and specialists who provide her with care as a result of her extensive and acute needs.

3. As a result of the accident, Ms. Irwin sustained an impaled impacted contaminated head injury consisting of a compound and depressed skull fracture with

2

driven in skull fragments. She also suffered a severe whiplash causing hyperextension of her neck, spinal and shoulder damage. Ms. Irwin underwent immediate surgery to clean and drain an open head wound, and then further operations to reconstruct her orbit, skull loss and muscle loss. She subsequently sustained a cerebrospinal fluid leak ("CSF leak"), which caused her brain to herniate through the anterior fossa. A CSF leak is the escape of fluid that surrounds the brain and the spinal cord from cavities of the brain or from the central canal in the spinal cord. She also developed meningitis, large hematomas (bleeding inside the brain), and gangrene, which required that part of her frontal lobe be removed.

    4.    Ms. Irwin's accident has had significant implications for her life leaving her with many medical and psychological problems. Ms. Irwin's psychological problems include the fact that she suffers post-traumatic stress disorder ("PTSD") as a result of the accident. PTSD is an extremely debilitating condition that can occur after exposure to a terrifying event in which grave physical harm occurred or was threatened. Traumatic events such as Ms. Irwin's boat accident can trigger PTSD. Nancy was treated by Dr. Crockett from the Traumatic Stress Clinic, Cornhill Hospital, Aberdeen for some 14 months to help reduce her flash backs and her constant state of fear. She received sleeping tablets for 2 ½ years as her trauma prevented her from sleeping. She has recently been referred to Dr. Maria Jones, Cornhill Hospital, for further long term cognitive behavior therapy treatment.

    5.    Ms. Irwin is being treated by me and a variety of other professionals, including the following: Dr. Maggie Whyte, a neuropsychologist at Woodend Hospital in Aberdeen, Scotland; Dr. Maria Jones, a psychologist in the Psychology Department of

3

Cornhill Hospital, Aberdeen; Mr. Terry Lowe, a maxillofacial surgeon at the Aberdeen Royal Infirmary; Ms. Michaela Davies, a plastic and reconstructive surgeon at the Aberdeen Royal Infirmary; Dr. H. Gooday, a rehabilitation specialist at Woodend Hospital, Aberdeen; Ms. Yvonne MacNaughton, a physiotherapist at Woodend Hospital, Aberdeen; and Mr. David Baillie, a physiotherapist who treats Ms. Irwin at her home. Ms. Irwin has recently been referred to a rehabilitation centre in Aberdeen, which treats brain injuries, for further occupational therapy and neurophysiotherapy. Ms. Irwin also receives morphine and acupuncture for pain relief, and is a patient of Dr. H. London at the pain clinic for chronic and acute pain at the Aberdeen Royal Infirmary.

6. Ms. Irwin requires constant care and attention from her doctors and other care givers. Since the accident, she is prone to infection. This year alone she has had eight infections, which confirms that her immune system is compromised. Ms. Irwin is consulting a maxillofacial surgeon to assess whether these infections are due to her body rejecting foreign material that was put in her skull to stabilize bone grafts and to repair bone loss caused by the accident. If surgery is required to address this problem, Ms. Irwin will be at serious risk of infection for several months. Ms. Irwin's care is so complicated, that her plastic surgeon and maxillofacial surgeon took Nancy to the annual Scottish Plastic surgery conference this past August as a case study to get the opinions of other leading surgeons on her surgical options.

7. It is very difficult for Ms. Irwin to travel on long distance flights because of the pressure that builds up on take off and descent causing her pain and discomfort. Ms. Irwin's sinuses were damaged as a result of the accident reducing her ability to equalize pressure in her head. When Ms. Irwin flies, she experiences bleeding through

4

her nose and a good deal of pain on ascent and descent. It is crucial after a long distance flight, that Ms. Irwin be close to a neurological medical centre that can manage potential medical complications. These include the very serious risk of a CSF leak. If a CSF leak were to develop, she would be at risk of encephalitis which, if not treated immediately, can be fatal. In the event of complication, Ms. Irwin would need sophisticated medical care, access to CAT scan equipment, a neurologist to diagnose the precise problem, and a highly-trained neurological surgeon and aseptic theater to correct the problem. Even without a CSF leak, Ms. Irwin requires specialized physiotheraphy treatment to keep her mobile, prevent her from vomiting, reduce muscle spasms, free and stretch trapped nerves in order to help manage her pain and condition.

    8. Because her immune system is compromised, Ms. Irwin would also be at risk of developing serious complications from infectious diseases that are common in Gabon such as malaria (including cerebral malaria), typhoid fever, bacterial diarrhea, hepatitis A, and AIDS. Ms. Irwin's ability to fight an infection is diminished and she suffers generally from excessive fatigue. Exposing her to tropical diseases is therefore unwise and risky.

    9. Ms. Irwin's mental health would also be at risk if she returns to Gabon because she suffers PSTD. People who suffer PTSD can re-experience their ordeal in the form of flashback episodes, memories, nightmares, or frightening thoughts when they are exposed to places or events that are reminiscent of the trauma. If Ms. Irwin returns to Gabon, she could experience harmful psychological stress and trauma.

    10. Gabon does not have the medical expertise or facilities necessary to provide Ms. Irwin with her regular care needs or the care she would require if she

Case 1:05-cv-01287-EGS    Document 7-2    Filed 12/20/2005    Page 6 of 8

5

developed a CSF leak, infection or other complication. My review of information about Gabon indicates that only the most basic of medical problems can be treated there. For example, the Hospital for Tropical Diseases at University College London Hospitals reports:

> Medical care is substandard throughout the country even in the best medical facilities. Adequate evacuation coverage for all travelers is a high priority. In the event of serious medical conditions every effort should be made to go to Western Europe. Shortages of routine medications and supplies may be encountered.

Http://www.thehtd.org/travel. The United Kingdom's Foreign and Commonwealth Office reports:

> Medical facilities are limited. Water-borne diseases, malaria and HIV/AIDS are prevalent.

www.britishhighcommission.gov.uk. The United States Department of State reports:

> Medical facilities in Gabon's major cities are limited, but they are generally adequate for routine or basic needs.

U.S. Department of State, Bureau of Consular Affairs, Consular Information Sheet, Gabon (http://travel.state.gov/travel/cis_pa_tw/cis/cis_1120.html).

11.   It is my medical opinion that Ms. Irwin should not travel to Gabon. If she did, she would be at serious risk, including the possibility of death, due to the lack of adequate medical expertise and facilities. The medical care she would need is far from routine, and would require a high degree of expertise and sophisticated equipment to treat her medical needs. Gabon has insufficient medical expertise and equipment to address those needs. Gabon's high incidence of water borne and mosquito borne infections also pose significant threats to Ms. Irwin.

12.   The medical facilities and expertise that Ms. Irwin requires are available in Washington, D.C. at any one of several area hospitals. Ms. Irwin has family members in

the Washington, D.C. area who could lodge and support her. Two of her family members are registered nurses who could arrange and coordinate her care. In my medical opinion, if Ms. Irwin has to travel, the risks associated with her traveling to Washington, D.C. are manageable and, as her doctor, I would permit her to do so.

7

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ˈSY DECEMBER, 2005

_____
Peter C. Fogiel