# EXHIBIT "B"

# DR. LOEMBE DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY R. IRWIN and OLIVIER MISSA, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WILDLIFE FUND, INC. <br><br> Defendant. | Case No. 1:05CV01287 (EGS) |

## DECLARATION OF P.M. LOEMBE

I, Paul Marie Loembe, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.   Since 1983, I practice and have been the head of the only neurosurgery department in Gabon at the *Hôpital Fondation Jeanne Ebori*, Libreville, Gabon. Since 1996, I have been a professor and head of neurosurgery at the *Université des Sciences de la Santé* (U.S.S), Libreville, Gabon. From 1997 to the present, I am head of the Faculty of Medicine at U.S.S. I received my medical degree from University of Sherbrooke, Quebec, Canada in 1975 and my specialist degree in Neurosurgery in 1980 at the University of Montréal (Notre-Dame Hospital). I have been an expert witness for the Appeal Courts in Libreville, Gabon since 1987. I am a member of the following professional societies: i) the French speaking society of Neurosurgery (1990); (ii) the Canadian Society of Neurosurgery (1993); (iii) the Academy of Science of New York (1995). I have published in internationally peer-reviewed journals (in English and French) for more than 15 years, copies of which can be made available on request.

2

2. I have reviewed the declaration of Dr. Peter C. Fogiel of Aberdeen, Scotland concerning Nancy Irwin and am therefore familiar with her medical condition.

3. It is clear that for reasons of multiple post-traumatic sequelae as detailed in Dr. Fogiel's statement that Ms. Irwin's medical condition puts her at grave risk of: accidents on public roads due to her visual difficulties judging distances; problems of adaptation to the local socio-cultural circumstances; meningitis; encephalitis; malaria; yellow fever; typhoid fever; and other complications linked to her weakened immune system.

4. In addition to the risk of infection that Gabon poses to Ms. Irwin, if she developed any complications that required surgery we are not in a position to treat her. The neurosurgery department in the hospital is undergoing a major refurbishment and all the medical equipment is being upgraded. I note that her condition is so complicated her surgeons recently took her to a national conference to get help and support from other colleagues. Ms. Irwin will therefore be unable to obtain the medical attention that she may need in Gabon. Her only option would be a medical evacuation to Johannesburg the nearest medical facility, which would be very expensive, difficult to arrange and would involve a delay which could jeopardize Ms. Irwin's life. Additionally Gabon does not have the specialized physiotherapy treatment that Ms. Irwin uses to manage her condition.

5. In my opinion, Ms. Irwin should not, under any circumstances, travel to Gabon. The risks to her health are too great, and I would advise strongly against her coming here.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __30 November 2005__

Paul Marie Loembe