# EXHIBIT "C"

# GILBERT ERANGAH DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY R. IRWIN and
OLIVIER MISSA,

    Plaintiffs,

v.

WORLD WILDLIFE FUND, INC.

    Defendant.

Case No. 1:05CV01287 (EGS)

## DECLARATION OF GILBERT ERANGAH

I, Gilbert Erangah, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney licensed to practice law in Gabon. I live at 870 Rue Pierre Barro in Quartier Louis, BP 6677 Libreville, Gabon. I obtained my law degree from the Omar Bongo University in Libreville, Gabon in 1985. I have practiced law in Gabon for 17 years specializing in Civil, Penal, Commercial and Maritime Law.

2. I have been advised by Nancy Irwin and Olivier Missa that they have filed a lawsuit against the World Wildlife Fund, Inc. ("WWF") in Washington, D.C. as a result of a tragic accident that occurred in Gabon on 28 June 2002. I have reviewed documentary evidence consisting of a police report, dated 1 July 2002, an investigative report prepared by Shell Gabon, dated 7 July 2002, and a response prepared by WWF, dated 19 July 2001, which state, among other things, that the boat in which Ms. Irwin and Mr. Missa were riding at the time of the accident was owned by WWF, that it was piloted by a WWF employee, and that it did not have proper navigational lighting. I have also

2

been advised by Mr. Missa that he booked the tickets to ride on WWF's boat with WWF and was told to pay WWF upon his return from the boat trip.

3. Under Gabonese law, a "transporter" is required to transport its passengers safely, and is responsible for any damages to its passengers if it fails to do so. If the facts set forth in Paragraph 2 above are true, then under Gabonese law, notably Articles 1134, 1146 to 1147, and 1382 to 1383 of the French Civil Code, which is applicable in Gabon, WWF is responsible for all of the damages that Ms. Irwin suffered as a result of the accident.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Libreville, on 15 December, 2005

[Stamp: Maître Gilbert ERANGAH / Avocat au Barreau du Gabon / B.P. : 6677 Libreville / Tél. : 73 ... Fax : 73 64 99 / E-mail : gerangah@yahoo.fr]

Gilbert Erangah