# EXHIBIT "E"

# OLIVIER MISSA DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and OLIVIER MISSA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WORLD WILDLIFE FUND, INC.<br><br>　　　　Defendant. | Case No. 1:05CV01287 (EGS) |

## DECLARATION OF OLIVIER MISSA

I, Olivier Missa, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Plaintiff in this action. I live in Aberdeen, Scotland with my wife Nancy Irwin.

2. I make this declaration to provide some additional factual information that is relevant to World Wildlife Fund, Inc.'s ("WWF") motion to dismiss this action on the grounds that Gabon is allegedly a more convenient forum to litigate this dispute.

3. In the middle of June 2002, I telephoned WWF's office in Gamba, Gabon to book a WWF boat trip on a lagoon near Gamba for two friends, Nancy and myself. I booked the trip with Cecile Vautherin -- a French student who worked in WWF's office as a WWF volunteer in 2002. She told me to make payment to WWF after we returned from the boat trip. It was my understanding at the time that I had contracted with WWF to take us on the boat trip.

4. I believe that Ms. Vautherin can provide testimony relating to WWF's activities in Gamba, including its office operations, its involvement in providing boat trips, its involvement in ecotourism, and its relationship with Cecotour. I believe that her testimony will confirm that I contracted with WWF to take Nancy, our friends and me on the boat trip on 28 June 2002.

5. On information and belief, Ms. Vautherin left Gabon at the end of the summer of 2002 and returned to France.  On information and belief, Ms. Vautherin lives on the French territorial island of La Reunion, which is off the coast of Madagascar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 20 December, 2005

_____
Olivier Missa