# EXHIBIT "F"

# OLIVIER PAUWELS DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY R. IRWIN and )
OLIVIER MISSA, )
 )
      Plaintiffs, )
 )   Case No. 1:05CV01287 (EGS)
v. )
 )
WORLD WILDLIFE FUND, INC. )
 )
      Defendant. )
 )

### DECLARATION OF OLIVIER PAUWELS

I, Olivier Pauwels, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Belgian herpetologist whose current residency is in Case 62, Yenzi Compound, BP 48, Gamba, Gabon. I am employed until the end of December 2005, on a fixed-term contract by The Smithsonian Institution to work in Gabon. I have lived in Gamba, Gabon for the last 12 months and, from time to time in prior years.

2. On the 28th of June 2002, I was a contract employee with the Smithsonian in Gamba, Gabon. I was asked that day, on short notice, to give a talk to a delegation of U.S government officials in the laboratory managed by Olivier Missa. Afterwards, I accompanied Nancy Irwin, Olivier Missa, and Wim Bergmans on what was intended to be a weekend boat tour.



3. I was on the boat at the time the accident occurred and am a witness to what happened. I was involved in taking charge of the situation immediately after the accident.

4. After the accident, I gave a statement to the Gabonese *Gendarmerie* (Police force).

5. I was also interviewed in an investigation into the accident conducted by the Health, Safety & Environment (HSE) department of Shell Gabon.

6. I am willing to travel to Washington, D.C. to serve as a witness in this case. Because I work as a consultant for conservation and scientific organisations in Asia and Africa in remote locations, and subject to coordination with my employer, I will require a six-week period of advance notice in order to make myself available to the Court in Washington D.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ▓▓▓ December, 2005

Olivier Pauwels