# EXHIBIT "G"

# WWF CARPO NEWSLETTER



# CARPO Bulletin

**Vol.1 No.5   July 2005**                                    **The WWF CARPO Newsletter**

## People & Events

**\*Jon Marshall** is WWF CARPO **Finance Director**. His major functions will be to supervise and co-ordinate the development and implementation of policies, procedures and systems for all financial support services throughout the Programme, including accounting, financial reporting, auditing, IT systems, budget management, and adherence to guidelines developed by the Home Office.

He will also support the Sub-Regional Representative in the development of the Programme's Strategic and Business Plans and in fundraising for the entire Programme.

Jon was born and raised in the US where he also did his studies (BA from University of Michigan and MBA from Thunderbird - Garvin School of Management). He has worked in private industry for the past 20 years in the US, Thailand, Czech Republic, Germany and France, most recently the last eight years with The Gillette Company. Jon is moving to Yaoundé from Paris with his wife, their 13-year-old son and a big golden Labrador Retreiver!

**\*Aboubakar MOUGNOL** is **CBFP Programme Administrator**. In his new role, Aboubakar will among other tasks:
1. Provide support for the preparation and consolidation of financial reports as well as other CBFP project-related deliverables including time-sheets, list of authorized travels, etc.
2. Assist in the management of CBFP contracts and sub-agreements
3. Assist in reviewing individual CBFP project accounts (incoming funds and project expenditures) in relation to approved budgets as well as creating and maintaining individual project cash flows

**\*Martin Tchamba** now occupies position of Technical Manager of CCPO. He was formerly the Director of Conservation.

**\*Bassama Charles,** joined WWF Research Assistant, Jengi

**\*Louis Defo** joined WWF as Collaborative Management Advisor in the Jengi Programme

**\*Kuwong Michael** is WWF Biologist for Lobeke

## WWF US team visit Central African Region

A high level team from WWF US visited CARPO early July (6th – 14th) and had a first hand pulse of conservation work in the region. Led by Senior Vice President Guillermo Castilleja, the team included Bill Eichbaum, Vice President Endangered Spaces and Richard Carroll, Director Africa Program.

Together with the Regional Representative of WWF CARPO, Mr. Laurent Somé and Senior Ecoregional Conservation Coordinator, Mr. Andre Kamdem Toham, the team had high level discussions and meetings with senior government officials and diplomats in Cameroon (Prime Minister, the US ambassador and the two ministers of environment and forest respectively), Central African Republic, Democratic Republic of Congo (Vice President of the Republic) and Gabon (see separate story). Apart from having an insight of conservation work in the region through intimate and frank discussions with WWF CARPO staff, the team used the opportunity to visit hotspots like Dzanga and Hokou bais in CAR and field sites in Gamba (Gabon) and in DRC (Bonobo sanctuary).

Both Guillermo and Laurent described the mission as highly successful both at national and sub regional level. In all, state officials and institutions reaffirmed their commitments to work towards a better management of natural resources.



*The visiting team had useful discusions with various institutions in the sub region including a working session with the Executive Secretary of COMIFAC (4th from left) and his collaborators*

## Focus on WWF US team visit to Gabon.

In Gabon the team first had an "enriching wild tour" in Loango National Park, with WWF Gamba team and partners. They also met Shell Gabon Senior Management to review the implementation of WWF / Shell joint action plan in the area. In Libreville, synergies at the national and regional levels were reviewed with key partners: Alexandre Barro Chambrier, Deputy Minister at the Ministry of Forestry Economy, Sam Leutschl, US Deputy Ambassador, Christophe Besacier, French Facilitator of the Congo Basin Forest Partnership, and officials from the National Park Council. A session with WWF Minkebe staff and field partners, enabled the WWF US team to have a comprehensive overview of conservation operations in northern Gabon. At the end of the Gabon lap of the tripn the visiting team were unanimous about "the wonderful job people have been doing here in". In Guillermo 's assessment he said "I am leaving with strong insight of what WWF Gabon Program is and, even though not having been in all the fields, Gamba overview of conservation operations in northern Gabon. At the end of the Gabon lap of the tripn the visiting team were unanimous about "the wonderful job people have been doing here in". In Guillermo 's assessment he said "I am leaving with strong insight of what WWF Gabon Program is and, even though not having been in all the fields, Gamba and Minkebe projects, together with the other project activities, appear to be a strong asset of the organization's field work with such a constituency of dedicated teams!"



## WWF Cameroon teams with Telephone Company for « A Tree for Life » Programme

WWF, the conservation organization, and MTN, a telephone company, announce the launching of "A tree for life" project in the North savannah region of Cameroon worth about US $ 350.000.

A convention to this effect was signed in Yaoundé, July 18th between the two parties under the auspices of Cameroon's Ministry of Environment and Protection of Nature. According to the Regional Representative of WWF in the Central African Region, Mr. Laurent Somé,"through this convention, a project has been put in place which aims at contributing to the fight against the degradation of natural resources in the North of Cameroon and to increase environmental awareness in the main towns of that part of the country in order to consolidate sustainable management of natural resources".

The Deputy Director of MTN Cameroon, Mr. Jean-Claude Ottou said through the convention, "my company is relying on the expertise of WWF to support government action aimed at preserving nature and the development of Cameroon".



*MTN Deputy DG, Jean Claude Ottou and WWF Regional Representative, Laurent Somé exchange files under watchful eyes of Government representative.*

The "**A Tree For Life**" project aims at enhancing the fight against the degradation of natural resources in the North and Far North Provinces of Cameroon, as well as reinforcing an environment-friendly awareness in the northern towns and provinces of Cameroon.

This project therefore aims at planting at least 90 thousand trees out of which at least 80 thousand are expected to resist by the end of the first three years. In addition, at least 23% of these plants will be made up of various fruit trees, in order to raise the interest of people engaged in this project.

*Details of the story in next issue of CARPO Focus*

## Tagged elephant "crowns" WWF staff as Conservation Hero.

WWF CARPO staff have hailed Dr Martin Tchamba, Technical Manager of WWF Cameroon for his bravery and dedication to conservation work in the region. The honour follows a hair-raising accident in the field recently during which Dr Tchamba was injured by a charging elephant that had just been tagged.

The incident occurred in the North of Cameroon (near the WAZA National Park) during a joined tagging operation by WWF and the North Carolina Zoological Society (NCZS). Reacting to this incident, the Director of WWF International, Claude Martin said: "after having defeated an elephant he (Tchamba) has now earned himself the title of "wildlife expert magnus cum laude".

For Laurent Somé, Regional Representative of WWF in the Central African region, "Martin is an example of what conservation entails, he is an example of dedication, hard work and sacrifice. Martin is no doubt a hero".



Dr Tchamba (right) and Dr Mike Loomis pose beside the elephant which a few minutes latter charged on the team and injured Martin

Dr Tchamba who is still recovering, was in that part of Cameroon as a key player in the elephant tagging mission that was programmed in the area at the time with colleagues from North Carolina (USA).

Elephant tagging involves inevitable risk-taking steps such as identifying the desired one in a herd (case of savannah area); darting the elephant with tranquilizer; following the darted elephant until where the drug takes effect (sometimes two – three kilometers of running); the putting of the satellite collar around the elephant's neck (most tricky and tedious part) and reviving the mammal (most dangerous part).

## Certification update

An exhaustive internal evaluation of activities carried out by logging company, *Groupe Decolvenaere Cameroun* – based in the South East of Cameroon, was recently carried out by WWF Jengi Programme. The evaluation exercise was in preparation for FSC pre-audit mission with an accredited firm, *Smartwood*. The company has a technical collaborative agreement with WWF Jengi project for technical assistance to achieve wood certification.

According to WWF Jengi Programme's Forest Officer, Alphonse Ngniado, results of the evaluation were generally positive. For example, remarkable improvements were noticed in the areas of reduced impact logging, wildlife and biodiversity protection in concessions.

Meanwhile, WWF Jengi Programme is also doing a pre-assessment study to embark on similar initiative for forest certification with Italian-owned logging company, SEFAC. SEFAC has about 400,000 hectares of logging concessions within surrounding forest of Lobeke.

**Large numbers of rare species parrots found in southern Nki**

A large number of rare species green parrots were recently found in the Mumisakoti forest clearing in southern portion of Nki. According to WWF's Senior Field Assistant for the area, Ngwanye Vincent Anong, the newly discovered clearing to date has the largest number of green parrots in southern Nki. Green parrots are a rare species in Southeast Cameroon.

## Coastal Forest Programme office moves office from Nkongsamba to the foot of Mount Cameroon in Limbe.

CARPO Newsletter is a monthly initiative of the Communication Department of WWF CARP
Panda House, Rue Citronelle
BAT Compound, Bastos
P.O Box 6776 Yaoundé – Cameroon
Tel +237 221 70 83   Fax+237 221 42 40
Editor: Peter Ngea   pngea@wwfcarpo.org
Collaboration: Joseph Mayombo: j.mayombo@wwfcarpo.org
             Hilton Kimeng: hkimeng@wwfcarpo.org