IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and OLIVER MISSA, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WILDLIFE FUND, INC., <br><br> Defendant. | Case No. 1:05CV01287 (EGS) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Defendant, World Wildlife Fund, Inc. ("WWF"), by their undersigned counsel, hereby move for an Order extending the time for Defendants to serve and file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint on the Grounds of Forum Non Conveniens to February 7, 2006. In support thereof, defendant states:

1. By telephone conversation on December 23, 2005, Stephen H. Marcus, counsel for the plaintiffs, consented to defendant's request to extend the time to serve and file their opposition to February 7, 2006.

2. Defendant requires an extension of time in order to reply to plaintiffs' opposition to its motion. Plaintiffs have submitted numerous affidavits which raise, *inter alia*, questions of foreign law, including the law of the Republic of Gabon. Defendant must, among other things, contact and obtain information and possibly additional affidavits from witnesses in Gabon.

3. This Court has discretion to grant the requested extension of time pursuant to

Rule 6(b) of the Federal Rules of Civil Procedure for "cause shown" when the request "is made before the expiration of the period originally prescribed."

For the reasons set forth above, Defendant respectfully requests that the deadline for serving and filing its Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint on the Grounds of Forum Non Conveniens be extended to February 7, 2006. A proposed Order is attached hereto.

DATED: December 23, 2005

                                         Respectfully submitted,

                                         _____/s/_____
                                         Robert A. Salerno (D.C. Bar # 430464)
                                         DLA PIPER RUDNICK GRAY CARY US LLP
                                         1200 Nineteenth Street, N.W.
                                         Washington, DC  20036-2412
                                         202-861-6254 (telephone)
                                         202-689-8556 (fax)

                                         -and-

                                         Rodney E. Gould, Esq.
                                         RUBIN, HAY & GOULD, P.C.
                                         205 Newbury Street
                                         P.O. Box 786
                                         Framingham, MA  01701-0202
                                         508-875-5222 (telephone)
                                         508-879-6803 (fax)

                                         Attorneys for Defendant
                                         WORLD WILDLIFE FUND, INC.