IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and<br>OLIVER MISSA,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.,<br><br>    Defendant. | Case No. 1:05CV01287 (EGS) |

**ORDER**

Upon consideration of the Consent Motion for an Extension of Time to Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint on the Grounds of Forum Non Conveniens to February 7, 2006, it is this ___ day of _____, 200_, hereby

**ORDERED** that the aforesaid motion is hereby **GRANTED.**

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge