IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY R. IRWIN and<br>OLIVIER MISSA,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.<br><br>    Defendant. | Case No. 1:05CV01287 (EGS) |

**PLAINTIFFS' UNOPPOSED MOTION TO CORRECT THEIR OPPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT ON THE GROUNDS OF *FORUM NON CONVENIENS***

Plaintiffs, through their undersigned counsel, move pursuant to Fed. R. Civ. P. 15(a) for an Order permitting them to file a corrected Opposition to Defendant's Motion to Dismiss the Complaint on the Grounds of *Forum Non Conveniens*.

Plaintiffs filed their Opposition to Defendant's Motion to Dismiss the Complaint on December 20, 2005.  Plaintiffs' Corrected Opposition, which is attached hereto, corrects several minor editing and typographical errors in the Opposition filed on December 20, 2005.  Plaintiffs' Corrected Opposition does not add any new points, arguments or citations, nor does it change any of the Declarations or other exhibits that were filed in support of Plaintiffs' Opposition.

Plaintiffs' counsel has conferred with Defendant's counsel, pursuant to LCvR 7(m), who advises that Defendant does not oppose this motion.

A proposed Order is attached hereto.

          Respectfully submitted,

          _____/s/_____
          Stephen H. Marcus, Esq.
          D.C. Bar No. 394419
          Law Office of Stephen H. Marcus
          1050 17th Street, N.W.
          Suite 600
          Washington, D.C.  20036

          Ph: 202-776-0651
          Fax: 202-331-7272
          E-mail:shmarcus@att.net

          <u>Counsel for Plaintiffs</u>

January 6, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and OLIVIER MISSA, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>WORLD WILDLIFE FUND, INC. )<br>)<br>Defendant. ) | Case No. 1:05CV01287 (EGS) |

## **ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Correct Their Opposition to Defendant's Motion to Dismiss the Complaint on the Grounds of *Forum Non Conveniens*, it is this ___ day of _____ 2006, hereby ORDERED that the aforesaid Motion is granted and that Plaintiffs may file a Corrected Opposition to Defendant's Motion to Dismiss the Complaint on the Grounds of *Forum Non Conveniens*.

                                              _____
                                              Judge Emmet G. Sullivan

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2006, I served the following counsel with Plaintiffs' Unopposed Motion to Correct Their Opposition To Defendant's Motion To Dismiss The Complaint on the Grounds of *Forum Non Conveniens* by filing it on the U.S. District Court for the District of Columbia's Electronic Case Filing System:

>Robert A. Salerno, Esq.
>DLA Piper Rudnick Gray Cary
>1200 19th Street, N.W.
>Washington, D.C.  20036
>
>Rodney E. Gould, Esq.
>Rubin, Hay & Gould
>205 Newbury Street
>P.O. Box 786
>Framingham, MA  01701

>_____/s/_____
>Stephen H. Marcus