IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY R. IRWIN and<br>OLIVER MISSA,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.,<br><br>    Defendant. | Case No. 1:05CV01287 (EGS) |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO
FILE ITS REPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
<u>ON THE GROUNDS OF *FORUM NON CONVENIENS*</u>**

The defendant, World Wildlife Fund, Inc., by its undersigned counsel, hereby moves for an Order extending the time for the defendant to serve and file its Reply Memorandum in Response to Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint on the Grounds of *Forum Non Conveniens* to February 24, 2006.  In support thereof, the defendant states:

1.  By telephone conversation on February 6, 2006, Stephen H. Marcus, counsel for the plaintiffs, consented to the defendant's request to extend the time to serve and file its reply memorandum to February 24, 2006.

2.  The present deadline for the defendant's reply is February 7, 2006.  The defendant requires a further extension of time due to delays in obtaining information and an affidavit from Gabon, Africa.  While the defendant anticipates receiving the necessary information in the near future, defendant's lead counsel, Rodney E. Gould, will be out of the country in Argentina and

Chile beginning this Wednesday, February 8, and will not return to the United States until February 23, during which period he will not have an opportunity to review and finalize the reply memorandum.

     3.     This Court has discretion to grant the requested extension of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for "cause shown" when the request "is made before the expiration of the period originally prescribed."

For the reasons set forth above, the defendant respectfully requests that the deadline for serving and filing its Reply Memorandum in Response to Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint on the Grounds of *Forum Non Conveniens* be extended to February 24, 2006. A proposed Order is attached hereto.

DATED: February 6, 2006          Respectfully submitted,

          */s/ Rodney E. Gould*
          _____
          Rodney E. Gould, *pro hac vice*
          RUBIN, HAY & GOULD, P.C.
          205 Newbury Street
          P.O. Box 786
          Framingham, MA 01701-0202
          508-875-5222 (telephone)
          508-879-6803 (fax)

          -and-

          Robert A. Salerno (D.C. Bar # 430464)
          DLA PIPER RUDNICK GRAY CARY US LLP
          1200 Nineteenth Street, N.W.
          Washington, DC 20036-2412
          202-861-6254 (telephone)
          202-689-8556 (fax)

          Attorneys for Defendant
          WORLD WILDLIFE FUND, INC.