## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NANCY R. IRWIN and OLIVER MISSA, ) ) ) | Case No. 1:05CV01287 (EGS) |
| Plaintiffs, ) | |
| v. ) | |
| WORLD WILDLIFE FUND, INC., ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Consent Motion for an Extension of Time for Defendant to file its Reply Memorandum in Response to Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint on the Grounds of *Forum Non Conveniens* to February 24, 2006, it is this ___ day of February, 2006, hereby

**ORDERED** that the aforesaid motion is hereby **GRANTED.**

**SO ORDERED.**

                                                                                                         _____
                                                                                                              EMMET G. SULLIVAN
                                                                                                               United States District Judge