# Exhibit 1
## Supplemental Declaration of Josette Olendo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY R. IRWIN and )
OLIVER MISSA, )
 )
      Plaintiffs, )
 )
v. )
 )
WORLD WILDLIFE FUND, INC., )
 )
      Defendant. )
 )

Case No. 1:05CV01287 (EGS)

## SUPPLEMENTAL DECLARATION OF JOSETTE OLENDO IN SUPPORT OF DEFENDANT WORLD WILDLIFE FUND, INC.'S MOTION TO DISMISS ON THE GROUNDS OF *FORUM NON CONVENIENS*

I, Josette Olendo, pursuant to 28 U.S.C. § 1746, on oath declare as follows:

1. I am a citizen and resident of the Republic of Gabon, residing at B.P. 6989, Libreville, Gabon.

2. I am an attorney admitted to practice in Gabon, with my office located at Quartier Louis, 150 Rue Pierre Barro, Libreville, Gabon. I have been an attorney since 1999.

3. I am familiar with the claims asserted by plaintiffs Nancy Irwin and Oliver Missa in their Complaint against World Wildlife Fund, Inc. ("WWF"), and have read the Complaint they have filed with the Court. I have also reviewed the plaintiffs' opposition papers and affidavits.

4. Gabonese courts permit the taking of pretrial testimony (including depositions) of witnesses located in foreign countries, and the testimony acquired from these absent witnesses may be used during a civil trial in Gabon. A rogatory commission is not required if the witness is willing to submit to questioning.

5. In the event a rogatory commission is required, it is issued by a Gabonese civil court and transmitted to the country where the witness resides through diplomatic channels. Based upon my experience, the judicial authorities in both France and The Netherlands accept rogatory commissions issued from Gabonese courts. This is true even though Gabon is not a signatory to the Hague Convention.

6. Irwin's pretrial testimony may be taken in the United Kingdom, her place of residence, if it is determined that her medical situation does not permit travel to Gabon.

7. WWF may bring an action against the pilot and owner of the boat which struck the plaintiffs' boat as an additional defendant. WWF must present a request to the trial court to bring the additional defendants before the court.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 14 DAY OF FEBRUARY, 2006

JOSETTE OLENDO