UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
NANCY R. IRWIN AND                 )
OLIVIER MISSA,                     )
                                   )
                                   )
        Plaintiffs,                )
                                   )   Civ. No. 05-1287 (EGS)
    v.                             )
                                   )
WORLD WILDLIFE FUND, INC.          )
                                   )
        Defendant.                 )
_____)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion to dismiss plaintiff's complaint is **GRANTED,** subject to defendant's stipulations; and it is

**FURTHER ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE TO COMMENCEMENT IN GABON;** and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff.

**Signed by:    EMMET G. SULLIVAN**
**               UNITED STATES DISTRICT JUDGE**
**               August 22, 2006**