UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY R. IRWIN AND OLIVIER MISSA
    Plaintiff,

v.                                         Civil Action No. 05-1287

WORLD WILDLIFE FUND, INC.

    Defendant

**FINAL JUDGMENT
FOR DEFENDANT**

This Cause having been considered by the Court on Defendant's Motion to Dismiss, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the court having rendered its decision granting defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant take nothing on the complaint against the plaintiff and that the said defendant have and recover costs from the plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: August 22, 2006                                          By:_____
                                                                  Carol Votteler, Deputy Clerk